UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Performance Transportation Services, Inc.

              Debtor(s)

Case No.: 1–07–04746–MJK
Chapter: 7

Tax ID: 41–1955731

Brian J. Dilks for Relational, LLC
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98062

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- The following information was not provided in the affidavit:
  – Documentation to substantiate the Creditor Name Change
- The documentation you submitted to substantiate the creditors name change, (Exhibit "A"), does not contain a file number, or is not legible. Please submit a legible copy and a copy of the merger between Relational Funding Corporation and Relational, LLC.

    If you have any further questions, please call the Court at 716–362–3200.

Date: March 1, 2016

Lisa Bertino Beaser
Clerk of Court

Enclosures

Form dfyuncla/Doc 2827
www.nywb.uscourts.gov