UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Performance Transportation Services, Inc.<br><br>Debtor(s) | Case No.: 1−07−04746−MJK<br>Chapter: 7<br><br>Tax ID: 41−1955731 |

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie Wa, 98065

 Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Please submit a complete copy of the merger for Relational, LLC and Relational Funding Corporation, to include the signature pages of the merger.

 If you have any further questions, please call the Court at 716−362−3200.

| | |
|---|---|
| Date: March 14, 2016 | Lisa Bertino Beaser<br>Clerk of Court |

Enclosures

Form dfyuncla/Doc 2831
www.nywb.uscourts.gov