UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Performance Transportation Services, Inc.

                Debtor(s)

Case No.: 1–07–04746–MJK
Chapter: 7

Tax ID: 41–1955731

## NOTICE OF APPLICATION TO RELEASE UNCLAIMED FUNDS AND DEADLINE TO FILE WRITTEN OBJECTIONS

TO: Relational, LLC
     Thomas A Gazdziak, Vice President
     222 West Adams Street, Suite 250
     Chicago, IL 60606

    **PLEASE TAKE NOTICE** that, **Dilks & Knopik, LLC** ("Claimant"), has filed an Application with the U.S. Bankruptcy Court for the Western District of New York, seeking release of **$98,390.60** representing unclaimed funds owed to **Relational LLC**("Creditor"), a creditor in the above referenced case. The Claimant has represented to the Court that said Claimant has been retained by said creditor to recover the unclaimed funds, on behalf of said Creditor. A redacted copy of the application is on file with the Court as docket #2825 .

    Written objections by the creditor, if any, to the release of said unclaimed funds to the Claimant, must be filed with this Court on or before **May 2, 2016**. If you do not oppose the requested distribution, you need do nothing. If no objection to the requested distribution is filed by the deadline listed above, the Court will treat the Application as unopposed. Disbursement will be made as soon as practicable upon the expiration of the above deadline and/or resolution of any timely objection filed with the Court.

Date: April 8, 2016                                              Lisa Bertino Beaser
                                                                                        Clerk of Court

Form unclaplt/Doc 2834
www.nywb.uscourts.gov