# DILKS & KNOPIK, LLC

"When Success Matters"

May 3, 2016

United State Bankruptcy Court
Western District of New York
Attn: Delphine Bibbs
100 State Street
Rochester, NY 14614



FILED
MAY - 9 2016
BANKRUPTCY COURT
ROCHESTER, NY

RE: Certificate of No Objection

Dear Ms. Bibbs

I have enclosed a Certificate of No Objection. This is regarding the unclaimed funds totaling $98,390.60 from the Bankruptcy of Performance Transportation Services, Inc., et al and Case No. 07-04746 K.

Thank you for your help with and attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

Original Enclosed

35308 SE Center St
Snoqualmie, WA 98065

Phone 425-836-5728
Fax 877-209-8249
Email admin@dilksknopik.com

www.dilksknopik.com

Case 1-07-04746-MJK    Doc 2836    Filed 05/09/16    Entered 05/09/16 14:36:58    Desc
Main Document    Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

IN RE:              §

Performance Transportation Services, Inc., et  §    CASE NO. 07-04746 K

al                     §

                           §

DEBTOR.               §

## CERTIFICATE OF NO OBJECTION

This is to confirm that as of May 3, 2016 no objections have been received by Dilks & Knopik, LLC and no objections appear on the docket regarding the Application for Payment of Unclaimed Funds (Docket #2825). This Application was filed by Dilks & Knopik, LLC on behalf of Relational, LLC for the release of the unclaimed funds totaling $98,390.60.

It is requested that the Order to Pay Unclaimed Funds be granted.

Executed: May 3, 2016          By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
Relational, LLC
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
Tax ID: 74-3049851

FILED
MAY - 9 2016
BANKRUPTCY COURT
ROCHESTER, NY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:                                              Case No.: 1-07-04746-MJK
                                                    Chapter: 7
    Performance Transportation Services,
    Inc.                                         Tax ID: 41-1955731

           Debtor(s)

## NOTICE OF APPLICATION TO RELEASE UNCLAIMED FUNDS AND DEADLINE TO FILE WRITTEN OBJECTIONS

TO: Relational, LLC
    Thomas A Gazdziak, Vice President
    222 West Adams Street, Suite 250
    Chicago, IL 60606

    **PLEASE TAKE NOTICE** that, **Dilks & Knopik, LLC** ("Claimant"), has filed an Application with the U.S. Bankruptcy Court for the Western District of New York, seeking release of **$98,390.60** representing unclaimed funds owed to **Relational LLC** ("Creditor"), a creditor in the above referenced case. The Claimant has represented to the Court that said Claimant has been retained by said creditor to recover the unclaimed funds, on behalf of said Creditor. A redacted copy of the application is on file with the Court as docket #2825 .

    Written objections by the creditor, if any, to the release of said unclaimed funds to the Claimant, must be filed with this Court on or before **May 2, 2016**. If you do not oppose the requested distribution, you need do nothing. If no objection to the requested distribution is filed by the deadline listed above, the Court will treat the Application as unopposed. Disbursement will be made as soon as practicable upon the expiration of the above deadline and/or resolution of any timely objection filed with the Court.

Date: April 8, 2016                          Lisa Bertino Beaser
                                             Clerk of Court

Form unclaplt/Doc 2834
www.nywb.uscourts.gov